Bertha Anderson, appellee, v. Cosmopolitan Life Insurance Company, appellant. Gen. No. 34,825.

Opinion filed May 19, 1931. Rehearing denied June 1, 1931.

Rufus M. Potts, C. W. Armstrong and F. X. Brickley, for appellant. Joseph G. Sheldon, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

W. J. Ray, assignee of F. E. Hummell, trustee in bankruptcy of V. M. Kimball, trading as Lake Shore Electric Company, appellee, v. M. Hvid, appellant. Gen. No. 34,834.

Opinion filed May 19, 1931.

A. N. Lustig, for appellant. No appearance for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Adolph Lindstrom Company, appellee, v. Elmgate Manor Building Corporation et al., defendants, on appeal of Herman Hahlbohm and Charles Lamont, appellants. Gen. No. 35,200.

Opinion filed May 26, 1931.

Needham, Hubbard & Mulks, for appellants. Anderson & Anderson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles Bendler, appellee, v. Louis Kaplan, appellant. Gen. No. 35,192.

Opinion filed May 26, 1931.

Morris K. Levinson, for appellant. Edward N. Sherburne and Max M. Marine, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.